# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148864 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 148864
                                    COA: 319447

CHAD ORVIN COOK,
          Defendant-Appellant.
                                    Chippewa CC: 12-000802-FC

_____/

      On order of the Court, the motion to add new issue is GRANTED. The application for leave to appeal the January 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

h1117